## ARREARAGE WORKSHEET

BK Case No.: 11-60558-RBC

Debtor Name: Thomas Lee Zutaut

Property Address: 4259 South Boston Road
Troy, VA  22974

Post-petition due for May 01, 2016 through July 01, 2016

| | | | | | |
|---|---|---|---|---|---|
| (5/1/2016 -7/1/2016) | 3 | payments @ | $4,891.31 | = | $14,673.93 |
| | Attorneys Fees | | | = | $850.00 |
| | Attorneys Costs | | | = | $176.00 |
| | Minus Funds Received | | | = | $2,493.06 |
| | **Total Arrearage** | | | = | **$13,206.87** |